

# IN THE
# TENTH COURT OF APPEALS

## No. 10-11-00454-CR

**MARGARET EVA LINAM,**

Appellant

 **v.**

**THE STATE OF TEXAS,**

Appellee

---

**From the 54th District Court
McLennan County, Texas
Trial Court No. 2011-1231-C2**

---

## MEMORANDUM  OPINION

---

The trial court found Margaret Eva Linam guilty of the offense of failure to comply with sex-offender registration requirements and sentenced her to ten years' imprisonment.  Linam appealed.

Linam's appointed appellate counsel has filed a motion to withdraw and an *Anders* brief, asserting that he has diligently reviewed the appellate record and that, in his opinion, the appeal is frivolous.  *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Linam filed a *pro se* response; however, she does not raise any

arguable issues.

In an *Anders* case, we must, "after a full examination of all the proceedings, … decide whether the case is wholly frivolous." *Id.* at 744, 87 S.Ct. at 1400; *accord Stafford v. State*, 813 S.W.2d 503, 509-11 (Tex. Crim. App. 1991). An appeal is "wholly frivolous" or "without merit" when it "lacks any basis in law or fact." *McCoy v. Court of Appeals*, 486 U.S. 429, 439 n.10, 108 S.Ct. 1895, 1902 n.10, 100 L.Ed.2d 440 (1988). We have conducted an independent review of the record, and because we find this appeal to be wholly frivolous, we affirm the judgment.

We grant appointed counsel's motion to withdraw from representation of Linam. Notwithstanding this grant, appointed counsel **must** send Linam a copy of our decision, notify her of her right to file a *pro se* petition for discretionary review, and send this Court a letter certifying counsel's compliance with Texas Rule of Appellate Procedure 48.4. TEX. R. APP. P. 48.4; *see also Ex parte Owens*, 206 S.W.3d 670, 673-74 (Tex. Crim. App. 2006).

REX D. DAVIS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Affirmed
Opinion delivered and filed November 29, 2012
Do not publish
[CR25]